UNITED STATES DISTRICT COURT
DISTRICT OF SOUTH DAKOTA
CENTRAL DIVISION

| | | |
|---|---|---|
| RODNEY AND KANDICE HOFFMAN | : | |
| | : | 19-CV 3004 |
| Plaintiffs, | : | |
| | : | **DEFENDANT CNH INDUSTRIAL** |
| v. | : | **AMERICA, LLC'S NOTICE OF** |
| | : | **REMOVAL** |
| CASE IH AGRICULTURE DBA CNH | : | |
| INDUSTRIAL AMERICA, LLC, AND | : | |
| WEST PLAINS, INC. | : | |
| | : | |
| Defendants. | : | |

Now comes CNH Industrial America, LLC ("CNH") (improperly named as Case IH Agriculture), by and through counsel, and for its Notice of Removal of this action from the State of South Dakota, County of Ziebach, Fourth Judicial Circuit Court to the United States District Court of South Dakota, Central Division, states:

1.      Plaintiffs Rodney Hoffman and Kandice Hoffman filed suit in the Fourth Judicial Circuit Court, County of Ziebach, State of South Dakota in 67CIV. 19-2 on or about December 19, 2018 (the "State Court Action"). Plaintiffs' Complaint alleges causes of action against CNH for breach of express and implied warranty.

2.      CNH was served with Plaintiffs' Complaint on December 28, 2018. Attached as Exhibit 1 is a copy of the Summons and Complaint and copies of all pleadings that have been filed the State Court Action.

3.      This Notice is filed within 30 days of receipt of the initial pleading by CNH, and within one year of the commencement of this action, as mandated by 28 U.S.C. § 1446(b). *Murphy Brothers, Inc. v. Michetti Pipe Stringing, Inc.,* 526 U.S. 344 (1999). Accordingly, removal of this action is timely.

4.      This Court has subject matter jurisdiction over this type of action pursuant to 28 U.S.C. §1332(a)(1) in that there is complete diversity of citizenship and the damages sought exceed the sum of $75,000.00 as demonstrated by the following:

   a.   Plaintiffs Rodney and Kandice Hoffman are citizens of South Dakota.

   b.   Defendant CNH is a Delaware limited liability company with its principal place of business in Wisconsin.  CNH's sole member is Case New Holland Industrial, Inc., which is a Delaware corporation with its principal place of business in Wisconsin. Therefore, CNH is a citizen of Delaware and Wisconsin.

   c.   Defendant West Plains, Inc. is a North Dakota corporation with its principal place of business in North Dakota.

   d.   The matter in controversy exceeds $75,000, exclusive of interest and costs. Plaintiffs allege damages of $467,000 plus interest.  (Complaint at ¶ 1 of the prayer for relief, Exhibit 1).

5.      This lawsuit is a civil action over which this Court has original jurisdiction under 28 U.S.C. § 1332 and is one which may be removed to this Court under 28 U.S.C. §§ 1441 and 1446.  Further, removal to this judicial district is proper under 28 U.S.C. § 1441(a), as this district and division embrace Ziebach County, South Dakota where the lawsuit is pending.

6.      As required by 28 U.S.C. §1446(a), CNH is attaching hereto a copy of each process, pleading and order it has received as Exhibit 1.

7.      CNH will serve this Notice on Plaintiff and file a copy of this Notice with the Clerk of Ziebach County, South Dakota.

8.      West Plains, Inc., also named in the Complaint, has consented to the removal of this action.

2

WHEREFORE, Defendant CNH Industrial America LLC files this Notice of Removal so that the State Court Action pending in Ziebach County, under case number 67CIV. 19-2, is removed to this Court for all further proceedings.

Dated this 28 day of January, 2019.

MAY, ADAM, GERDES & THOMPSON LLP

BY: _____

ROBERT B. ANDERSON
Attorneys for Case IH Agriculture d/b/a CNH
Industrial America, LLC
503 South Pierre Street
P.O. Box 160
Pierre, SD 57501
(605) 224-8803
rba@mayadam.net

## CERTIFICATE OF SERVICE

Robert B. Anderson of May, Adam, Gerdes & Thompson LLP hereby certifies that on this 28 day of January, 2019, he electronically filed and served, a true and correct copy of the foregoing in the above-captioned action to the following at his last known address, to-wit:

Lee Schoenbeck, Esq.
Joe Erickson, Esq.
SCHOENBECK LAW, PC
P.O. Box 1325
Watertown, SD  57201
*Attorneys for Plaintiffs Rodney and Kandice Hoffman*

Cassidy Stalley
Lynn, Jackson, Shultz & Lebrun
PO Box 8250
Rapid City, SD 57709
*Attorneys for Co-Defendant West Plains, Inc.*

_____
ROBERT B. ANDERSON

Dated this 28 day of January, 2019.

MAY, ADAM, GERDES & THOMPSON LLP

BY: _____
ROBERT B. ANDERSON
Attorneys for Case IH Agriculture d/b/a CNH
Industrial America, LLC
503 South Pierre Street
P.O. Box 160
Pierre, SD 57501
(605) 224-8803
rba@mayadam.net

## CERTIFICATE OF SERVICE

Robert B. Anderson of May, Adam, Gerdes & Thompson LLP hereby certifies that on this 28 day of January, 2019, he electronically filed and served, a true and correct copy of the foregoing in the above-captioned action to the following at his last known address, to-wit:

Lee Schoenbeck, Esq.
Joe Erickson, Esq.
SCHOENBECK LAW, PC
P.O. Box 1325
Watertown, SD  57201
*Attorneys for Plaintiffs Rodney and Kandice Hoffman*

Cassidy Stalley
Lynn, Jackson, Shultz & Lebrun
PO Box 8250
Rapid City, SD 57709
*Attorneys for Co-Defendant West Plains, Inc.*

_____
ROBERT B. ANDERSON

2

JS 44  (Rev. 06/17)

# CIVIL COVER SHEET

The JS 44 civil cover sheet and the information contained herein neither replace nor supplement the filing and service of pleadings or other papers as required by law,  except as provided by local rules of court. This form, approved by the Judicial Conference of the United States in September 1974, is required for the use of the Clerk of Court for the purpose of initiating the civil docket sheet.  *(SEE INSTRUCTIONS ON NEXT PAGE OF THIS FORM.)*

## I. (a) PLAINTIFFS

Rodney and Kandice Hoffman

**(b)** County of Residence of First Listed Plaintiff    Ziebach County
*(EXCEPT IN U.S. PLAINTIFF CASES)*

**(c)** Attorneys *(Firm Name, Address, and Telephone Number)*
Lee Schoenbeck & Joe Erickson, Schenbeck Law, PC, PO Box 1325, Watertown, SD 57201

## DEFENDANTS

Case IH Agriculture, DBA CNH Industrial America, LLC, and West Plains, Inc.

County of Residence of First Listed Defendant    State of Deleware
*(IN U.S. PLAINTIFF CASES ONLY)*

NOTE:    IN LAND CONDEMNATION CASES, USE THE LOCATION OF
THE TRACT OF LAND INVOLVED.

Attorneys *(If Known)*
Case IH: Robert B. Anderson, May, Adam, Gerdes & Thompson, LLP, 503 S. Pierre St., Pierre, SD 57501; West Plains: Cassidy Stalley, Lynn, Jackson, Shultz & LeBrun, PO Box 8250, Rapid City, SD 57709

## II. BASIS OF JURISDICTION *(Place an "X" in One Box Only)*

- ☐ 1  U.S. Government
Plaintiff
- ☐ 2  U.S. Government
Defendant
- ☐ 3  Federal Question
*(U.S. Government Not a Party)*
- ☒ 4  Diversity
*(Indicate Citizenship of Parties in Item III)*

## III. CITIZENSHIP OF PRINCIPAL PARTIES *(Place an "X" in One Box for Plaintiff*
*(For Diversity Cases Only)* *and One Box for Defendant)*

|  | PTF | DEF |  | PTF | DEF |
|---|---|---|---|---|---|
| Citizen of This State | ☒ 1 | ☐ 1 | Incorporated *or* Principal Place of Business In This State | ☐ 4 | ☐ 4 |
| Citizen of Another State | ☐ 2 | ☒ 2 | Incorporated *and* Principal Place of Business In Another State | ☐ 5 | ☒ 5 |
| Citizen or Subject of a Foreign Country | ☐ 3 | ☐ 3 | Foreign Nation | ☐ 6 | ☐ 6 |

## IV. NATURE OF SUIT *(Place an "X" in One Box Only)*

Click here for: Nature of Suit Code Descriptions.

| CONTRACT | TORTS | | FORFEITURE/PENALTY | BANKRUPTCY | OTHER STATUTES |
|---|---|---|---|---|---|
| ☐ 110 Insurance | **PERSONAL INJURY** | **PERSONAL INJURY** | ☐ 625 Drug Related Seizure of Property 21 USC 881 | ☐ 422 Appeal 28 USC 158 | ☐ 375 False Claims Act |
| ☐ 120 Marine | ☐ 310 Airplane | ☐ 365 Personal Injury - | ☐ 690 Other | ☐ 423 Withdrawal | ☐ 376 Qui Tam (31 USC |
| ☐ 130 Miller Act | ☐ 315 Airplane Product | Product Liability | | 28 USC 157 | 3729(a)) |
| ☐ 140 Negotiable Instrument | Liability | ☐ 367 Health Care/ | | | ☐ 400 State Reapportionment |
| ☐ 150 Recovery of Overpayment | ☐ 320 Assault, Libel & | Pharmaceutical | | **PROPERTY RIGHTS** | ☐ 410 Antitrust |
| & Enforcement of Judgment | Slander | Personal Injury | | ☐ 820 Copyrights | ☐ 430 Banks and Banking |
| ☐ 151 Medicare Act | ☐ 330 Federal Employers' | Product Liability | | ☐ 830 Patent | ☐ 450 Commerce |
| ☐ 152 Recovery of Defaulted | Liability | ☐ 368 Asbestos Personal | | ☐ 835 Patent - Abbreviated | ☐ 460 Deportation |
| Student Loans | ☐ 340 Marine | Injury Product | | New Drug Application | ☐ 470 Racketeer Influenced and |
| (Excludes Veterans) | ☐ 345 Marine Product | Liability | | ☐ 840 Trademark | Corrupt Organizations |
| ☐ 153 Recovery of Overpayment | Liability | **PERSONAL PROPERTY** | **LABOR** | **SOCIAL SECURITY** | ☐ 480 Consumer Credit |
| of Veteran's Benefits | ☐ 350 Motor Vehicle | ☐ 370 Other Fraud | ☐ 710 Fair Labor Standards | ☐ 861 HIA (1395ff) | ☐ 490 Cable/Sat TV |
| ☐ 160 Stockholders' Suits | ☐ 355 Motor Vehicle | ☐ 371 Truth in Lending | Act | ☐ 862 Black Lung (923) | ☐ 850 Securities/Commodities/ |
| ☐ 190 Other Contract | Product Liability | ☐ 380 Other Personal | ☐ 720 Labor/Management | ☐ 863 DIWC/DIWW (405(g)) | Exchange |
| ☒ 195 Contract Product Liability | ☐ 360 Other Personal | Property Damage | Relations | ☐ 864 SSID Title XVI | ☐ 890 Other Statutory Actions |
| ☐ 196 Franchise | Injury | ☐ 385 Property Damage | ☐ 740 Railway Labor Act | ☐ 865 RSI (405(g)) | ☐ 891 Agricultural Acts |
| | ☐ 362 Personal Injury - | Product Liability | ☐ 751 Family and Medical | | ☐ 893 Environmental Matters |
| | Medical Malpractice | | Leave Act | | ☐ 895 Freedom of Information |
| **REAL PROPERTY** | **CIVIL RIGHTS** | **PRISONER PETITIONS** | ☐ 790 Other Labor Litigation | **FEDERAL TAX SUITS** | Act |
| ☐ 210 Land Condemnation | ☐ 440 Other Civil Rights | **Habeas Corpus:** | ☐ 791 Employee Retirement | ☐ 870 Taxes (U.S. Plaintiff | ☐ 896 Arbitration |
| ☐ 220 Foreclosure | ☐ 441 Voting | ☐ 463 Alien Detainee | Income Security Act | or Defendant) | ☐ 899 Administrative Procedure |
| ☐ 230 Rent Lease & Ejectment | ☐ 442 Employment | ☐ 510 Motions to Vacate | | ☐ 871 IRS—Third Party | Act/Review or Appeal of |
| ☐ 240 Torts to Land | ☐ 443 Housing/ | Sentence | | 26 USC 7609 | Agency Decision |
| ☐ 245 Tort Product Liability | Accommodations | ☐ 530 General | | | ☐ 950 Constitutionality of |
| ☐ 290 All Other Real Property | ☐ 445 Amer. w/Disabilities - | ☐ 535 Death Penalty | **IMMIGRATION** | | State Statutes |
| | Employment | **Other:** | ☐ 462 Naturalization Application | | |
| | ☐ 446 Amer. w/Disabilities - | ☐ 540 Mandamus & Other | ☐ 465 Other Immigration | | |
| | Other | ☐ 550 Civil Rights | Actions | | |
| | ☐ 448 Education | ☐ 555 Prison Condition | | | |
| | | ☐ 560 Civil Detainee - | | | |
| | | Conditions of | | | |
| | | Confinement | | | |

## V. ORIGIN *(Place an "X" in One Box Only)*

- ☐ 1  Original
Proceeding
- ☒ 2  Removed from
State Court
- ☐ 3  Remanded from
Appellate Court
- ☐ 4  Reinstated or
Reopened
- ☐ 5  Transferred from
Another District
*(specify)*
- ☐ 6  Multidistrict
Litigation -
Transfer
- ☐ 8  Multidistrict
Litigation -
Direct File

## VI. CAUSE OF ACTION

Cite the U.S. Civil Statute under which you are filing *(Do not cite jurisdictional statutes unless diversity)*:
28 USC Sec. 1332, 1441, 1446
Brief description of cause:
Products Liability Claim

## VII. REQUESTED IN COMPLAINT:

☐ CHECK IF THIS IS A CLASS ACTION
UNDER RULE 23, F.R.Cv.P.

DEMAND $
467,000.00

CHECK YES only if demanded in complaint:
JURY DEMAND:    ☒ Yes    ☐ No

## VIII. RELATED CASE(S) IF ANY

*(See instructions):*
JUDGE _____     DOCKET NUMBER _____

DATE   1-28-2019

SIGNATURE OF ATTORNEY OF RECORD
*Rob B Anderson*

## FOR OFFICE USE ONLY

RECEIPT # _____     AMOUNT _____     APPLYING IFP _____     JUDGE _____     MAG. JUDGE _____